THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARCUS BLUMENTHAL, Defendant, and NICHOLAS RUTIGLIANO, Appellant.

(Submitted November 21, 1932; decided November 22, 1932.)

*Thomas C. T. Crain,* District Attorney (*Felix C. Benvenga* of counsel), for motion.

*Jacob A. Segal* opposed.

Motion granted and appeal dismissed unless appellant file and serve his record on appeal on or before January 9, 1933, and bring the case on for argument on January 16, 1933, in which event the motion is denied.